**Opinion issued March 26, 2019**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-17-00975-CV

_____

## IN RE HOGAN LOVELLS US, LLP, Relator

---

## Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

Relator, Hogan Lovells US, LLP, filed a petition for writ of mandamus.

Relator seeks to compel the respondent district judge to vacate his order that

compelled relator to produce certain non-privileged documents, and to vacate the

order denying relator's motion for clarification in the underlying proceeding.[1] This

---

[1] The underlying case is *American General Life Insurance Company, et al. v. Schahin Petroleo E Gas S.A., et al.*, Cause No. 2017-19016, pending in the 333rd District Court of Harris County, Texas, the Honorable Daryl L. Moore presiding.

Court granted a stay of the challenged orders, requested and received a response, a reply, and a sur-reply.

Mandamus is an extraordinary remedy, available only when the relator can show both that: (1) the trial court clearly abused its discretion or violated a duty imposed by law and (2) there is no adequate remedy by way of appeal. *In re Ford Motor Co.*, 165 S.W.3d 315, 317 (Tex. 2005). Relator has failed to show a clear abuse of discretion.

Accordingly, we lift the stay imposed by this Court and deny the petition. *See* TEX. R. APP. P. 52.8(a), (d), 52.10(b).

**PER CURIAM**

Panel consists of Justices Keyes, Higley, and Landau.

2